MRS. JETTIE C. RITCHIE v. ATLANTIC GREYHOUND CORPORATION
AND POWELL HODGE.

(Filed 26 November, 1941.)

APPEAL by plaintiff from *Hamilton, Special Judge,* at 31 March, 1941, Extra Term, of MECKLENBURG.

Civil action to recover for personal injury.

Plaintiff in her complaint alleges that, while as a passenger in the act of boarding a bus of corporate defendant for transportation to Charlotte, she was injured as the proximate result of the negligence of defendants in closing the door of the bus. Defendants in answer filed deny the material allegations of the complaint, and plead contributory negligence of plaintiff.

In the trial court the case was submitted to the jury upon issues as to negligence, contributory negligence, and damages. The jury for its verdict answered the issue as to negligence of defendants in the negative. From judgment thereon in favor of defendants, plaintiff appeals to Supreme Court and assigns error.

*T. L. Kirkpatrick, Fred D. Caldwell, and Louis J. Hunter for plaintiff, appellant.*
*Robinson & Jones for defendant, appellee.*

PER CURIAM. Careful consideration of exceptive assignments brought forward in brief of plaintiff fails to reveal error. Hence, the judgment below is

Affirmed.

LEROY HAYES v. BRIDGER CORPORATION AND BANK OF
BLADENBORO.

(Filed 10 December, 1941.)

APPEAL by plaintiff from *Hamilton, Special Judge,* at April Term, 1941, of BLADEN.

Civil action to recover for alleged rents and profits from, and waste committed upon certain lands mortgaged by plaintiff and his wife to defendant Bridger Corporation, and by it foreclosed.

The record on appeal discloses these pertinent facts: On 19 April, 1938, referee, who was appointed by order of reference entered at January Term, 1936, filed report, setting out specific findings of fact and conclusions of law, to which plaintiff filed exceptions.